Marcia Mishelow, Appellant, v. Guy A. Richardson, Receiver, et al., Trading as Chicago Surface Lines, Appellees.

Gen. No. 41,494.

opinion filed April 14, 1941. Charles C. & Richard M. Spencer, for appellant; Frank L. Kriete, Harry I. Parsons and Arthur J. Donovan, for appellees; John R. Guilliams, of counsel. Opinion by JUSTICE McSURELY. "Not to be published in full."